ł:2Ꮯ· l0633

**PACKAGE CONFIRMATION NUMBER** (located on your Submission Confirmation

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** | **FILED**<br>MAR 2 6 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| Name of Debtor(s):<br><br>**ARNAUD PARIS** | CASE NO.:<br>CHAPTER: 13 |

**◆SR**

**DECLARATION REGARDING
ELECTRONIC FILING
(SELF-REPRESENTED INDIVIDUAL)**

Debtor(s)

1.  I(we) have completed the following documents using the Court's Electronic Submission program for self-represented debtors (eSR) (check all that apply)

    ☒ Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101)

    ☐ Chapter 7 Statement of Current Monthly Income (Official Form 122A-1)

    ☒ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)

    ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-Supp) (if applicable)

    ☒ Statement of Financial Affairs (Official Form 107)

    ☐ Chapter 7 Individual Debtor's Statement of Intention (Official Form 108)

    ☐ Chapter 7 Means Test Calculation (Official Form 122 A-2) (if applicable)

    ☒ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1)

    ☒ Chapter 13 Statement of Your Disposable Income (Official Form 122C-2) (if applicable)

2.  Declaration of Petitioner:

    a.  To be completed in all cases.

I(we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I(we) have read and understand the above-referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my (our) knowledge and belief; and 3) I(we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court for the Central District of California. I (we) further declare under penalty of perjury that I (we) have completed and signed a Statement About Your Social Security Number(s) (Official Form 121) and provided the signed original(s) to the Clerk. I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

    b.  To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under a chapter 13

    ☒ I(we) am (are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 13 and I(we) request relief in accordance with chapter 13

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105.

| | | |
|---|---|---|
| 03/18/2026<br>Date | *ARNAUD PARIS*<br>Debtor's Name | _(signature)_<br>Debtor's Signature |
| <br>Date | <br>Joint Debtor's Name | <br>Joint Debtor's Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*July 2021*                                        page 1                                        ELECTRONIC.FILING.DECLARATION.DEBTOR

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _PARIS, FRANCE_____ , California

_____
Signature of Debtor 1

Date: _03/18/2026_____

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ARNAUD PARIS<br>13 RUE FERDINAND DUVAL<br>75004 PARIS, FRANCE<br>arnaud@skyvr.com<br>+33.6.88.28.36.41 | |

☑ *Debtor(s) appearing without attorney*
☐ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ARNAUD PARIS | CASE NO.:<br><br>CHAPTER 13 |
|---|---|
| <br><br><br>Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _7_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 03/18/2026 _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                          **F 1007-1.MAILING.LIST.VERIFICATION**